# United States District Court of Massachusetts
Docket #

## Curtis Howell  v.  Middlesex Community College, Massachusetts Rehabilitation Commission,

**Plaintiff**

Curtis Howell 234 Gibson Street Lowell, Ma. 01851

**Defendants**

Middlesex Community College,

Massachusetts Rehabilitation Commission,

# Complaint

In 2021, The Plaintiff **Curtis Howell**, submitted an application for **financial aid services** and another application to attend **Middlesex Community College**. Both of the applications were approved. The plaintiff then registered for classes and did so. After the plaintiff **registered** for the 5 classes he then came to the financial aid office to get funding for books and a computer. The **financial office** made statements that were false and **manipulating** about the process. The **Middlesex Community College** said they needed my [G.E.D] to allow me funding out of the school account. I stated I have my college credits from **Bunker Hill Community College** and I was told that would not suffice. A **G.E.D** is under college credits. You need a high school diploma or **G.E.D** in order to enter college and the department of education already conducts a review of your education history before you get **financial aid** to make sure you're eligible to attend college. So the **Middlesex Community College** misrepresented the process and discriminated against me by stating they needed my **G.E.D** in order to allow me to use some of the **financial aid** when I was already **registered for classes** and went through the **admissions process** which they do the same review as the **department of education**, during the admissions process. I sent my **Bunker Hill Community College** credits to the enrollment counselor **Melinda Turchiano**. Then I came down to the school and was denied access and illegally detained by the security which prevented me from access to the school, discriminating against me and violating my rights to access and my rights not to be legally seized. I submitted a complaint and appeal to the school directly and the **Massachusetts Commission Against Discrimination.** I had to wait until the fall semester to start school because the Middlesex community college did not want to provide me an immediate remedy to provide me the direct cost for another school. I had transferred to **Roxbury Community College.** When I got there I was targeted by the government and "system" and made reports to the department of justice concerning these issues at the admissions process. The enrollment went through and I was accepted at **Roxbury Community College** though. I was told that emails used at Middlesex community college and Roxbury College were used by staff inappropriately and illegally. I applied for grants from the Massachusetts **Rehabilitation Commission** which I was approved and requested funds for my **self-employment** and **education**. The staff for **MRC** stated that I couldn't get funding for business just yet because they didn't think I was qualified to go into business for myself. I explained I studied the law and I am at the **startup** point to go into business like others similarly situated. I tried **start-up cost loans** but they did not work. I was told to speak to family engagement about the process of not getting business funding which I stated I did not want to speak with them I just go forward with the school funds

[Vocational Services]. I provided the MRC my **business plans** and still was told that they could not fund my business at this time. So I requested funding for school. The MRC counselor told me to provide them the cost of the school. I did so and the counselor stated the money would be dispersed. The counselor then sent me a date for a meeting with two other persons. I thought this meeting was for the **disbursement of funding** since I provided the **cost of school**. On the meeting date I found out this was for **family engagement** which I requested to not go forward with this meeting. I just wanted the funds to be dispersed about the schooling, not **business funds**. In the meeting there was a man dressed as a woman who resembled **Bill Gates** and then there was another person who resembled one of the **Hogan family**. The staff parties disconnected prior to the meeting going underway cause I asked questions and told them I had my plan already explained what was supposed to happen at this time of the process and then I presented my plans for business and schooling and what was my educational level on the law and business at this point and the skype ended. I made a complaint and submitted an appeal. All the process was denied. At the hearing I presented documents and my argument by text to the hearings officer and requested to enter my information in this form. I did not receive notice back from my complaint, written complaint and did not receive notice of decision back from the hearing. Because of this I submitted civil action in court against both of these parties which I sent waiver of summons to both the school and the **Massachusetts rehabilitation commission** and they **defaulted waiver of summons**. Which included the **Massachusetts attorney general's office**. PREVIOUS DISCRIMINATION RELATED TO COURT MATTER FILED **42 USC 2000a-6, 18 USC 2076**, violation of first amendment in court and retaliation **42 USC 12203.**

## Statement of Claims

1. On **June 2021 - September 2021**, THE **MIDDLESEX COMMUNITY COLLEGE** DENIED ME THE **SERVICES** RELATED TO **STUDENT FINANCIAL AID** AFTER RECEIVING THE FINANCIAL AID FROM THE DEPARTMENT OF EDUCATION. THE MONIES WERE SENT TO THE SCHOOL. AFTER ADMISSION PROCESS AND THE ENROLLMENT PROCESS IN CLASSES I REQUESTED TO GET FUNDING FOR MY COMPUTER AND FOR MY BOOKS BUT THE MIDDLESEX COMMUNITY COLLEGE DID NOT PROVIDE ME THE FUNDING AND STATED I NEEDED TO VERIFY MY G.E.D WHEN I ALREADY HAD COLLEGE CREDITS AT THE **BUNKER HILL COMMUNITY COLLEGE**. THEY STATES I COULDN'T USE MY COLLEGE CREDITS IN SUBSTITUTION OF THE G.E.D. THE WERE PURPOSELY TRYING TO DELAY MY RIGHT TO PURSUE MY EDUCATION AND REHABILITATION.

The jurisdiction of this incident is under **42 USC 2000a-6, 42 USC 1981, 42 USC 12133, 42 USC 1981, 29 USC 794, 20 USC 1708, and VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 249, 250.** The plaintiff request compensation of the maximum amount that can be receive for this **sexual assault and assault and battery**. Then the plaintiff would like **punitive damages** based on the fact the incident took place on multiple occasions. The plaintiff requested compensation of **$10,000,000 million dollars**

2. THE **MIDDLESEX COMMUNITY COLLEGE** DENIED ME THE **SERVICES** RELATED TO **STUDENT FINANCIAL AID** AFTER RECEIVING THE FINANCIAL AID FROM THE DEPARTMENT OF EDUCATION. THE MONIES WERE SENT TO THE SCHOOL. AFTER ADMISSION PROCESS AND THE ENROLLMENT PROCESS IN CLASSES I REQUESTED TO GET FUNDING FOR MY COMPUTER AND FOR MY BOOKS BUT THE MIDDLESEX COMMUNITY COLLEGE DID NOT PROVIDE ME THE FUNDING AND STATED I NEEDED TO VERIFY MY G.E.D WHEN I ALREADY HAD COLLEGE CREDITS AT THE **BUNKER HILL COMMUNITY COLLEGE**. THEY STATES I COULDN'T USE MY COLLEGE CREDITS IN SUBSTITUTION OF THE G.E.D. THE WERE PURPOSELY TRYING TO DELAY MY RIGHT TO PURSUE MY EDUCATION AND REHABILITATION. I WAS THE OPPORTUNITY TO RECEIVE EMPLOYMENT THROUGH THE SCHOOL AT THE MIDDLESEX COMMUNITY COLLEGE IN CONNECTION WITH GOING TO SCHOOL.

The jurisdiction of this incident is under **42 USC 2000c-8, 42 USC 12133, 29 USC 794, 42 USC 1981, 42 USC 6101, 42 USC 12201, 42 USC 12204, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section**

11 the plaintiff request compensation of the maximum amount that can be receive for this **sexual assault and assault and battery**. Then the plaintiff would like **punitive damages** based on the fact the incident took place on multiple occasions. The plaintiff requested compensation of **$10,000,000 million dollars**

    3. THE **MIDDLESEX COMMUNITY COLLEGE** DENIED ME THE **SERVICES** RELATED TO **STUDENT FINANCIAL AID** AFTER RECEIVING THE FINANCIAL AID FROM THE DEPARTMENT OF EDUCATION. THE MONIES WERE SENT TO THE SCHOOL. AFTER ADMISSION PROCESS AND THE ENROLLMENT PROCESS IN CLASSES I REQUESTED TO GET FUNDING FOR MY COMPUTER AND FOR MY BOOKS BUT THE MIDDLESEX COMMUNITY COLLEGE DID NOT PROVIDE ME THE FUNDING AND STATED I NEEDED TO VERIFY MY G.E.D WHEN I ALREADY HAD COLLEGE CREDITS AT THE **BUNKER HILL COMMUNITY COLLEGE**. THEY STATES I COULDN'T USE MY COLLEGE CREDITS IN SUBSTITUTION OF THE G.E.D. THE WERE PURPOSELY TRYING TO DELAY MY RIGHT TO PURSUE MY EDUCATION AND REHABILITATION. I was denied my right to **freedom of religion**.

The jurisdiction of this incident is under **42 USC 2000b-1, 42 USC 2000d-7, 42 USC 12133, 42 USC 2000bb-1, 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11** the plaintiff request compensation of the maximum amount that can be receive for this **sexual assault and assault and battery**. Then the plaintiff would like **punitive damages** based on the fact the incident took place on multiple occasions. The plaintiff requested compensation of **$10,000,000 million dollars**

    4. THE **MIDDLESEX COMMUNITY COLLEGE**, THERE STAFF AND SECURITY WHEN I RETURNED TO THE SCHOOL TO GIVE MY TRANSCRIPT FROM BUNKER HILL COMMUNITY COLLEGE DENIED ME ACCESS TO SCHOOL AND ILLEGALLY DETAINED ME AND USE A SHOW OF AUTHORITY PREVENTING ME FROM PURSUING MY EDUCATION BUSINESS AND DENYING ME TO PARTICIPATE IN THE SERVICES AND EDUCATION PROGRAM PROCESS. THIS DENIED ME THE **SERVICES** PURSUE MY EDUCATION AND REHABILITATION. IT denied my right to **freedom of religion** AND MY RIGHT TO ASSEMBLY AS WELL AS FAIR HOUSING RIGHTS.

The jurisdiction of this incident is under **20 USC 1703, 42 USC 1983, 42 USC 1986 42 USC 1985 VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11** the plaintiff request compensation of the maximum amount that can be receive for this **sexual assault and assault and battery**. Then the plaintiff would like **punitive damages** based on the fact the incident took place on multiple occasions. The plaintiff requested compensation of **$20,000,000 million dollars.**

    5. THE **MIDDLESEX COMMUNITY COLLEGE**, THERE STAFF AND SECURITY WHEN I RETURNED TO THE SCHOOL TO GIVE MY TRANSCRIPT FROM BUNKER HILL COMMUNITY COLLEGE DENIED ME ACCESS TO SCHOOL AND ILLEGALLY DETAINED ME AND USE A SHOW OF AUTHORITY PREVENTING ME FROM PURSUING MY EDUCATION BUSINESS AND DENYING ME TO PARTICIPATE IN THE SERVICES AND EDUCATION PROGRAM PROCESS. THIS DENIED ME THE **SERVICES** OF FAIR HOUSING RIGHTS.

The jurisdiction connected to this incident is under **42 USC 2000c-8, 42 USC 3604, 42 USC 3617, 42 USC 3618, 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 249. 18 USC 285, 290.** The plaintiff request compensation of the maximum amount that can be receive for this **sexual assault and assault and battery**. Then the plaintiff would like **punitive damages** based on the fact the incident took place on multiple occasions.

    6. INTENTIONAL MATTER MADE BY COURT VIOLATING 28 USC 353, 453, AND OTHER LAWS. ARBITRARY ERRORS AND DENIED NOTICE AND HEARING. PREVIOUS DISCRIMINATION RELATED TO COURT MATTER FILED, COMPLAINTS MADE TO THE DEPARTMENT OF JUSTICE OVER 6-7 COMPLAINTS FROM **12/28/21-6/1/23**. THE JURISDICTION IS UNDER **42 USC 2000a-6, 18 USC 2076**, violation of **first amendment** in court and **retaliation** BY JUDGE AGAINST COMPLAINT FILED **42 USC 12203.** The plaintiff requested compensation of **$20,000,000 million dollars.**

*Curtis Howell 12/12/23*

Respectfully, Curtis Howell [9/26/23]    **Signed under the pains and penalties of perjury**.